

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-68,174-03

**EX PARTE DONOVAN DWIGHT SIMMS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1056045-C IN THE 230TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery with a deadly weapon and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

After a review of the record, we find that Applicant's actual innocence claim based on newly discovered evidence is without merit. Therefore, we deny relief.

Applicant's claims regarding ineffective assistance of counsel and the legality of his judgment are dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 §4(a)-(c).

Filed: March 04, 2015
Do not publish